# MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 09, 2010

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11ᵗʰ day of June, two thousand and ten.

PRESENT:    RALPH K. WINTER,
            JOSÉ A. CABRANES,
            REENA RAGGI,
                    *Circuit Judges.*



United States of America,

        *Appellee,*

  - v. -

Angel DeJesus-Concepcion, Juan Francisco Guerra-Pena, Adrian Gonzalez-Ruelas, Frances Santos,

        *Defendants,*

Julio Vallejo,

        *Defendant-Appellant.*

**JUDGMENT**
Docket No. 09-1673-cr

The appeal in the above-captioned case from the United States District Court for the Southern District of New York was submitted on the District Court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment is AFFIRMED in accordance with the opinion of this court.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe*

Judy Pisnanont, Motions Staff Attorney

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 07/09/2010**